**Order entered June 6, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00188-CV

**EXXONMOBIL PIPELINE COMPANY, ET AL., Appellants**

**V.**

**TRAVIS G. COLEMAN, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12563**

## ORDER

We **GRANT** appellants' June 5, 2014 unopposed motion for an extension of time to file a reply brief. Appellants shall file their reply brief by **July 23, 2014**.

/s/      ADA BROWN
           JUSTICE